IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SEAN DEREK WARREN,                )
                                  )
            Petitioner,            )
                                  )
     v.                           )     1:13CV72
                                  )
FRANK L. PERRY,[1]                )
                                  )
            Respondent.            )

**ORDER**

This matter is before this court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on March 26, 2014, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 10.) In the Recommendation, the Magistrate Judge recommends that Respondent's Motion to Dismiss (Doc. 5) be granted, that the Petition (Doc. 2) be dismissed, and that this action be dismissed. The Recommendation was served on the parties to this action on March 27, 2014. (Doc.

---

[1] Frank L. Perry currently serves as Secretary of the North Carolina Department of Public Safety (which encompasses the Division of Adult Correction). See https://www.ncdps.gov (search for Secretary Frank L. Perry) (last performed May 30, 2014). By operation of Federal Rule of Civil Procedure 25(d) (applicable to this proceeding pursuant to Rule 12 of the Rules Governing Section 2254 Cases) and consistent with Rule 2(a) of the Rules Governing Section 2254 Cases, the caption now properly reflects Secretary Perry as Respondent.

11.)  Petitioner filed timely objections (Doc. 12) to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).  This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."  Id.

This court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 10) is **ADOPTED.  IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss (Doc. 5) is **GRANTED,** that the habeas corpus petition (Doc. 2) is **DENIED,** and that this action is **DISMISSED.**  A Judgment dismissing this action will be entered contemporaneously with this Order.  Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 3rd day of June, 2014.

				/s/ William L. Osteen, Jr.
				_____
				United States District Judge